

FILED

2009 DEC 28  AM 10:08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE MARTIN,<br><br>　　　　　　Petitioner,<br>vs.<br>JAMES A. YATES, Warden,<br>　　　　　　Respondent. | CASE NO. 08CV2203 BEN (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Petitioner Robbie Martin, a state prisoner proceeding pro se, petitions for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. Respondent filed an answer. Dkt. No. 8. Petitioner did not file a traverse.[1]

On August 27, 2009, the Honorable Magistrate Judge Barbara L. Major issued a Report and Recommendation, recommending that the petition be denied with prejudice. Dkt. No. 13. Any objections to the Report and Recommendation were due September 18, 2009. *Id.* Petitioner did not file any objections or request an extension of time to file objections. For the reasons stated below, the Court ADOPTS the well-reasoned Report and Recommendation of the Magistrate Judge and DENIES WITH PREJUDICE Petitioner's petition.

//

//

---

[1] The Court notes that Petitioner did not file a traverse despite the Magistrate Judge granting Petitioner a 90-day extension of time in which to file the traverse. Dkt. No. 11.

A district judge "may accept, reject, or modify the recommended disposition" of a Magistrate Judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. §636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert denied*, 540 U.S. 900 (2003) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES WITH PREJUDICE** Petitioner's petition for writ of habeas corpus. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 12/25/09

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE